

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Warren Whisenhunt, Appellant

No. 06-13-00051-CV         v.

Matthew Lippincott and Creg Parks,
Appellees

Appeal from the County Court at Law of
Hopkins County, Texas (Tr. Ct. No.
CV41303).    Opinion delivered by Justice
Moseley, Chief Justice Morriss and Justice
Carter participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings consistent with the opinion.

We further order that the appellees, Matthew Lippincott and Creg Parks, pay all costs of this appeal.

RENDERED OCTOBER 9, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk